E-FILED
Friday, 15 May, 2026  01:06:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

TROY CARTER # Y70754

_____ ,

　　　　　　　　Plaintiff

　　　　　　　　vs.

URBANA POLICE DEPARTMENT, THE COUNTY OF
CHAMPAGIN, CHAMPAGIN STATE'S ATTORNEY –
THE FOLLOWING NAMES OF URBANA POLICE DEPT.
OFFICERS ARE: PIPKINS, HAYES, HENRY, TRAN,
RICH, SHROEDER, BENNETT, INGRAM, MARQUEZ,
MCKINNY, MCCLELLAN, KOKER, JONES, JANE &
JOHN DOE., ROESCH, HALPIN, GARDNER, WILFONG,
and QUINLEY,., and Detective COLEMAN &

MARSHALLS. ,

　　　　　　　　Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Scanned at Pinckneyville CC and e-mailed

_5/15/26_ by _CB_  _8_ pages
　Date　　　　Initials　　No.

Case No. _____
*(The case number will be assigned by the clerk)*

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I.  FEDERAL JURISDICTION

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: ___TROY CARTER___

Prison Identification Number: #Y70754

Current address: ___5835 STATE ROUTE 154, PoBox 999___

___PINCKNEYVILLE, IL 62274___

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: ___URBANA POLICE DEPARTMENT___

Current Job Title: ___POLICE DEPARTMENT___

Current Work Address ___400 SOUTH VINE Str., : URBANA, IL 61801___
___400 South Vine Street, Urbana, IL 61801___

Defendant #2:

Full Name: ___CHAMPAGIN COUNTY STATE'S ATTORNEY'S OFFICE___

Current Job Title: ___STATE'S ATTORNEY___

Current Work Address ___101 E. Main St, Urbana, IL 61801___

Defendant #3:

Full Name: ___URBANA POLICE DEPARTMENT / NAMES OF DEFENDANT'S ON NEXT PAGE.___

Current Job Title: ___POLICE OFFICER'S___

Current WORK ADDRESS 400 SOUTH VINE STR., URBANA, IL 61801

2

THE FOLLOWING OFFICER'S ARE RELEVANT TO THIS LAWSUIT.

A. OFFICER MARQUEZ #379
B. OFFICER HENRY  # 360
C.NOFFICER INGRAN # 350
D. OFFICER RICH  # 370
E. OFFICER WILFONG N# 408
F. OFFICER QUINLEY # 349
G. OFFICER GARDNER # 468
H. OFFICER HALPIN # 157
I. OFFICER TRAN # 113
J. OFFICER McCLELLAN # 332
K. OFFICER KOKER # 445
L. OFFICER ROESCH # 312
M. OFFICER McKINNEY #472
N. OFFICER BENNETT # 352
& O. OFFICER JONES #110

P.) DETECTIVE COLEMAN
& MARSHALLS.

Current Work Address 400 SOUTH VINE STREET, URBANA, IL 61801

Defendant #4:

Full Name:    URBANA POLICE OFFICERS A THRU O.

Current Job Title:    POLICE OFFICER'S

Current Work Address    400 SOUTH VINE STREET, URBANA, IL 61801

Defendant #5:

Full Name:    URBANA POLICE OFFICE'S A. THRU O.

Current Job Title:    POLICE OFFICER'S

Current Work Address    400 SOUTH VINE STREET, URBANA, IL 61801

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A.  Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?        Yes ☐            No☒

If yes, please describe _____

_____

B.  Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐            No☒

C.  If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1.  Name of Case, Court and Docket Number
    N /A _____

2.  Basic claim made _____

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____

*For additional cases, provide the above information in the same format on a separate page.*

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint.  However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes ☐    No ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☐    No ☐

If your answer is no, explain why not ___THIS COMPLAINT OCCURRED BEFORE PLAINTIFF'S INCARCERATION.___
_____

C.  Is the grievance process completed?  Yes ☐    No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence _____

4

Aoril, 15, 2020 at 8:30 a.m.

Date(s) of the occurrence _____

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1.) On April, 15, 2020, 8:30 a.m. wlihe still asleep, Plaintiff, Troy Carter, was at his grand - mother's home when he was awakened by unfamiliar voices in a heated discussion. Plaintiff removed himself from the bed to see what the commotin was about and was met with several angry men yelling aggressively and pointing large guns at his face, head, and body and at his grandmother aswell.

2.) Plaintiff recognized some the officer's, which were: Officer Henryy Officer Gardner, Officer - Marquez, Officer Pipkens, and Officer Roesch. The other Detectived and Officer's Plaintiff cannot recall and all of the Marshalls he can't make out or identify. Plaintiff was handcuff to a rail in the hallway of a Senior Citizen home, basically naked, wearing only his underwear / boxer brief -s. Plaintiff was humiliated and being watched by most if not all strangers, being made to appear as a harden criminal / murderer. Plaintiff was 16 years of age at the time and afraid for his life and the life of his grandmother.

3.) The noise Plaintiff was awakened to was the Urbana Police Department Officer's forcing their way until her home with threats, guns, agression, and without a warrent to arrest her grand son for a murder he did not commit. Plaintiff's grandmother was unable to defend herself and prevent the officer's from forcing their way inside her home and kidnapping her grandson. Plaintiff was taken to the Urbana Police Depatment and questioned without his mother, a Juvenile Officer, and his requested Attorney, although, Plaintiff continued repeatedly to ask for his mother and attor - - ney, but to no avail, he was repeatedly denied and questioned against his will. Plaintiff was questioned for hours against his will about a shooting and a murder of which he deni - ed knowing anything about. Hours later he was told that he was being arrested for Murder !

5

4.) Plaintiff was held over at the County Jail for over (4) four years fighting a murder he didnot committ. Plaintiff later discovered that the reason he was being held for murder was because a Urbana Police Detective name Coleman had Coerced witnesses into identifying him as the shooter and murderer. Plaintiff was placed on trial and found not guilty due to Coerced statements, lack of evidence, but this entire ordeal was traumatizing for a 16 year old kid! Plaintiff suffered fights attacks, depresion, oppression, sleep deprivation, fractured face, jaw, hands, arms, back and head from fights and attacks. Plaintiff was targeted due to the Urbana Police coercing witnesses to fal - sely lie that Plaintiff committed said murder and the victims Homies and relatives targeted Plai - ntiff the entire time he was inside the Juvenile detention Center. Plaintiff was placed inside Extreme Isolation for about 6 months, and expereinced death of family members and friends.

5.) Plaintiff's mother was targeted also due to this issue, Urbana Police Depatment also forced their way inside her home without a warrant looking to arrest Plaintiiff . Nothing was found at either home, THE MURDER WEAPON WAS NEVER FOUND, NO GUNSHOT RESIDUE FOUND ON PLAINTIFF'S CLOTHING, NO PHYSICAL EVIDENCE TO CONNECT HIM TO SAID CRIME !!

Plaintiff is sueing for: a.) COMPENSATORY DAMAGES IN THE AMOUNT YET TO BE DETERMINED JOINTLY & SEPERATELY, b.) PUNITIVE DAMAGES IN THE AMOUNT YET TO BE DETERMINED JOINTLY & SEPERATELY. c,) PAY ATTORNEY FEES IN THE FULL AMOUNT IF ONE IS GRANTED, APPOINTED, OR PROCURRED, d.) PAY ALL COURT FEE'S ASSOCIATED WITH THIS CASE, e.) & ANY & ALL EQUITY THIS HONORABLE COURT DEEMS JUST.

JURY DEMAND          Yes ☒          No ☐

Signed this ___April___ day of ___20___ , 20_26_ .

_Troy Carter_

( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| TROY CARTER | Y70754 |
| Address:   5835 STATE ROUTE 154 , POBOX 999 PINCKNEYVILLE, IL 62274 | Telephone Number: N / A |

8